UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:25-cr-124-SPC-DNF

DAGOBERTO MIGUEL PENA
_____/

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 50). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting in an **iPhone 16 Pro Max (IMEI: 357031373210669)**. *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crimes of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 50) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture

and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record