**Exhibit "1"**
**Report of Allison Vargas**

See attached.

**May 2025**

**Confidentiality notice**

This report has been prepared solely based on the information and insights gathered during the time of therapy, within the context of a confidential clinical process. No psychometric assessments were conducted, and no information beyond what was discussed in therapy sessions has been considered. The content reflects observations, progress, and dynamics addressed during the therapeutic process, without making assumptions or judgments beyond the available information.

This report has been written at the explicit request of the client, with the purpose of providing a professional description of the therapeutic process and the emotional state observed during the sessions.

**Psychological Profile**

**General Information**

Name: Dagoberto Peña
Sex: Male
Age: ▮ years
Occupation: Professional basketball player
Presenting concern: Episodes of anxiety and emotional distress related to a recent bereavement.

**Clinical History and Context**

The patient sought therapy in the context of grieving the recent loss of his father, an event that deeply affected him on an emotional level. The therapy process started on August 26, 2021, and concluded on May 9, 2022. He reported experiencing episodes of anxiety, particularly during moments of solitude or rest following training sessions. At the start of therapy, he was actively working as a professional basketball player, under high physical and emotional demands.

**Cognitive Functioning**

No psychometric assessments were conducted, and there is no history of prior psychological or psychiatric diagnoses. Throughout the sessions, the patient demonstrated intact cognitive functioning, with good insight, preserved memory, fluent language, and logical thinking.

**Emotional Domain and Affective Regulation**

The therapeutic work focused primarily on emotional awareness and regulation. In early sessions, the patient exhibited notable difficulty in identifying and expressing emotions, with a tendency to suppress affect and avoid emotional contact with sadness and vulnerability. Personal beliefs regarding emotional expression were explored, particularly those shaped by his athletic and family environments.

As therapy progressed, he showed significant improvement in recognizing, validating, and accepting his emotions, as well as in processing his grief. Therapeutic exercises were implemented to support emotional identification (e.g., keeping an emotion journal,

bodily awareness of emotional states, metaphor-based exploration) and expressive techniques such as:

- Writing letters to his father (not delivered, used solely for therapeutic purposes).
- Using art (drawings, emotional maps) to represent inner states.
- Role-playing real-life situations to practice verbal expression of emotions.
- Conscious breathing and mindfulness practices to regulate emotional intensity.

These practices were gradually incorporated into his daily life, allowing him to express emotions more openly with close relationships thus strengthening emotional intimacy.

**Affective Bonds and Interpersonal Relationships**

The patient maintains significant relationships with his mother, siblings, partner, and son, all described as stable and positive. The loss of his father led him to re-evaluate these relationships, increasing his willingness to spend quality time and be more emotionally available. During therapy, he recognized longstanding patterns of emotional containment and began to share his inner emotional world more openly, fostering more authentic connections and moving away from a rigid "pillar of strength" role within his family system.

**Personality Functioning**

Although no formal personality assessments were administered, clinical impressions based on therapeutic interactions suggest a personality structure within normative functioning, with traits indicative of high conscientiousness, emotional restraint, and a strong performance orientation. The patient demonstrated a marked tendency toward self-control and goal-directed behavior, likely reinforced by the demands and cultural norms of professional athletics.

Interpersonally, he presented himself as respectful, cooperative, and engaged. Over the course of therapy, this rigidity showed signs of softening, particularly as he gained confidence in articulating emotional states and acknowledging vulnerability in relational contexts.

There were no indications of maladaptive personality traits or enduring interpersonal dysfunction. The patient's personality functioning supports adequate adaptation.

**Clinical Conclusions**

Therapy supported the patient in navigating a complex grieving process with emotional accompaniment, while developing emotional regulation skills and deepening his connection to his affective world. Although some emotional rigidity remains in high-pressure contexts, he showed consistent progress in his ability to recognize, accept, and communicate emotions.

Allison Vargas
172722475-8

May 8, 2025

## Psychotherapy Certificate

To whom it may concern,

This is to certify that I, the undersigned psychologist, Allison Vargas, with identification number 172722475-8, hereby certify that Dagoberto Miguel Peña, with identification number 503614616, a professional athlete and naturalized citizen of the United States of America, attended therapy in an online format from August 26, 2021, to May 9, 2022.

This certificate is issued at the request of the individual for any purposes deemed necessary.

May 2025

Allison Vargas
172722475-8