**Exhibit "2"**
**Letters of Support**

See attached.

The **Peña Rincón Family**

- Cristina Rincón (mother)

- Héctor Peña (brother)

- Cristina Isasi Peña (sister)

4540 SW 32 ND DR
West park
Miami
(305)205-5930
(809)996-4946

Dear Judge,

As a family, we want to express that since April 2025, when we learned of this tragic news, our lives have changed completely. Day after day, we ask ourselves how we failed to identify any warning signs that would have allowed us to intervene and prevent this regrettable event for the community.

Beyond this, we are absolutely certain that everything that has happened does not reflect the values and upbringing with which Dagoberto was raised. Therefore, as a family, we pray that Dagoberto may have the opportunity to correct his mistakes. We are fully prepared to submit him to the necessary examinations and professional help to eradicate any similar behavior and, by performing any type of work compatible with the new life he must lead, so that he can become a good man for society.

Dagoberto, as a man and an outstanding basketball player, was a product of the opportunity that this community gave him. And, although his actions are reprehensible and affect confidence in education, we hope that you will allow Dagoberto's social reintegration within a reasonable timeframe.

Dagoberto will always have the support of his family: his mother, his wife, his two children, his two brothers, his nephews, and his uncles. We all understood from the beginning of this case that he needs help to reintegrate and become a good person.

Therefore, the Peña Rincón Family, comprised of Dagoberto Peña (father, deceased in 2021), Cristina Rincón (mother), Dagoberto Peña (son and accused), Héctor Peña (brother), and Cristina Isasi Peña (sister), apologize to society for the harm caused and assure you that, if you allow Dagoberto to reintegrate into society within a reasonable timeframe, with whatever

limitations he may have, we will support him and help him become a good man, just as his family raised him to be.

The **Peña Rincón Family**

- Cristina Rincón (mother)

- Héctor Peña (brother)

- Cristina Isasi Peña (sister)

Luis Emilio Pérez Mubarak
Santo Domingo, Dominican Republic
mubarak_28@hotmail.com
829-304-1950
April 10, 2026

**To the Honorable Judge,**

I have the honor of writing this letter in support of **Dagoberto Miguel Peña**, who is **one of my best friends** and whom I have known since **1994**. Our relationship began during our school years, and we graduated together in 2005. This long-standing bond has allowed me to witness his growth and character firsthand for over three decades of uninterrupted friendship.

Throughout this time, I have not only cultivated a fraternal bond with him but have also **known his family, parents, and siblings deeply**, sharing close and wholesome moments with them all our lives. I can personally attest that he comes from a home built on solid moral foundations. We grew up playing basketball together, a discipline that united us and in which Dagoberto always stood out for his dedication. His talent and discipline led him to earn **scholarships both at our school in Santo Domingo and in the United States**, demonstrating his commitment to excellence from a very young age.

As a **Businessman and Marketer**, I value integrity and hard work—qualities that Dagoberto took to the highest level. He became a **sports icon in the Dominican Republic**, proudly representing our **National Team** in various categories, including the senior national team until 2023. His successful professional career in Europe and other countries is a testament to his resilient character. He has always been a man exclusively dedicated to his profession and his family; someone who does not consume alcohol, does not frequent nightclubs, and stays away from vices, focusing all his energy on being an exemplary father to his two children.

I understand the gravity of the charges he is facing, and I do not take this situation lightly. However, based on the more than 30 years I have known him, I am convinced that this incident is an isolated event that does not define his essence or his life trajectory dedicated to work and national sports.

I strongly believe he has the ability to:

- Learn deeply from this situation.

- Continue contributing positively to society and to future generations of athletes.

- Make better decisions moving forward.

For these reasons, I respectfully ask the Court to consider leniency in his sentencing. I reiterate my personal commitment to **support and accompany him in his reintegration process** once he regains his freedom, ensuring he has all the necessary backing to reintegrate into Dominican society in a productive and exemplary manner.

Thank you for your time and consideration.

Sincerely,

**Luis Emilio Pérez Mubarak** Businessman / Marketer

Andrea Arias
11471 sw 248th lane
Homestead, FL 33032
+1 (305) 878-1305


April 2026


Honorable Judge,

I am writing to you as the mother of Dagoberto Miguel Peña's oldest son. Although we are no longer in a relationship, we were together for ten years and share a child who deeply loves and values his father.

I want to begin by acknowledging that I understand the seriousness of the charges against Dagoberto, and I do not take them lightly. I respect the legal process and the responsibility of the Court in addressing this matter.

That being said, I feel it is important to share the role he has played as a father. Throughout our time together and beyond, I have witnessed the bond between him and our son. Our child looks up to him, loves him unconditionally, and benefits emotionally from having his father in his life. Their relationship is meaningful and important to his development and well-being.

One example of their bond is the love they share for basketball. As a former professional basketball player, Dagoberto has been able to connect with our son through the sport in a special way. Whether it is playing together, talking about the game, or simply sharing that passion, these are moments that mean a great deal to our son and have helped shape their relationship.

I would also like to share that during the time leading up to this situation, Dagoberto was going through a particularly difficult period in his life. He had never fully processed the loss of his father, struggled at times with low self-esteem, and faced several life changes that did not go as planned. While these challenges do not excuse his actions, I do believe they contributed to him reaching a low point. I truly believe that these circumstances led him to hit rock bottom, but they do not define who he is as a person.

While I do not excuse the circumstances that have brought him before the Court, I do believe that people are capable of growth, accountability, and change. I hope that Dagoberto is given the opportunity to learn from this situation and work towards being a better person, and a present, positive influence not only in his community but in our son's life.

It is also my sincere hope that, to the extent possible, my son is not defined by or made to carry the weight of his father's mistakes. He deserves the opportunity to have a childhood that includes the love, guidance, and presence of both parents, and I believe maintaining that connection can positively impact his future.

Thank you for your time and consideration.

Respectfully,
Andrea Arias

Gabriel Isasi
4540 SW 32nd Dr, 33023, West Park, FL

April 2026

I am writing to speak on the character of my brother-in-law, Dago, and to respectfully request that the Court grant him a second chance.

Dago is one of the most genuine and caring people I know. When we lived together early in my marriage, he helped care for his aging parents and was someone I fully trusted with my daughter. He worked tirelessly to provide for his wife and son, and he was always a present father, even with demanding travel schedules.

He has a warm, positive spirit and has always been there for our family. After his father passed, I saw a change in him, but despite that darkness, he continued to stay present for his loved ones. He was raised with strong values—respect, kindness, and responsibility—and I have always known him as a gentle, caring person.

While I do not excuse his actions, I ask the Court to consider the full scope of his character and the positive role he has played in our lives.

Thank you for your time and consideration.

Sincerely,
Gabriel Isasi